# Exhibit 2

**Gould Grieco & Hensley, PLLC**
**Client Cost Case Detail**
**All Dates**

| Type | Date | Source Name | Memo/Description | Item | Class | Paid | | Amount |
|------|------|-------------|-----------------|------|-------|------|---|--------|
| **IL Clergy Proceeds** | | | | | | | | |
| Kinsch, Raymond 3481 | | | | | | | | |
| Bill | 10/20/2025 | Williams Barber Morel | Invoice 181970 : Professional Services rendered through 09/30/2025 | Consulting | IL Clergy Proceeds | Paid | $ | 910.00 |
| Bill | 11/18/2025 | Williams Barber Morel | Invoice 182011 : Professional Services rendered through 10/31/2025 | Consulting | IL Clergy Proceeds | Paid | $ | 390.00 |
| Bill | 11/18/2025 | Williams Barber Morel | Invoice 182011 : Professional Services rendered through 10/31/2025 | Consulting | IL Clergy Proceeds | Paid | $ | 11.68 |
| Bill | 12/01/2025 | Williams Barber Morel | KINSCH | Consulting | IL Clergy Proceeds | Paid | $ | 325.00 |
| Bill | 12/01/2025 | Williams Barber Morel | KINSCH | Consulting | IL Clergy Proceeds | Paid | $ | 130.00 |
| Bill | 12/01/2025 | Williams Barber Morel | KINSCH | Consulting | IL Clergy Proceeds | Paid | $ | 195.00 |
| Bill | 12/01/2025 | Williams Barber Morel | Reimbursement - Filing Fee - Kinsch | Consulting | IL Clergy Proceeds | Paid | $ | 260.00 |
| Bill | 08/06/2025 | Magna Legal Services | Invoice 9652270; SAINT MARY'S UNIVERSITY OF MINNESOTA | Service of Process | IL Clergy Proceeds | Unpaid | $ | 54.95 |
| Bill | 08/06/2025 | Magna Legal Services | Invoice 9653651; SAINT XAVIER UNIVERSITY | Service of Process | IL Clergy Proceeds | Unpaid | $ | 54.95 |
| Bill | 08/06/2025 | Magna Legal Services | Invoice 9660030; ALICE BARNARD ELEMENTARY | Service of Process | IL Clergy Proceeds | Unpaid | $ | 54.95 |
| Bill | 08/06/2025 | Magna Legal Services | Invoice 9714917; ALICE BARNARD ELEMENTARY | Service of Process | IL Clergy Proceeds | Unpaid | $ | 49.95 |
| Bill | 08/06/2025 | Magna Legal Services | Invoice 9761055; ILLINOIS BOARD OF HIGHER EDUCATION (MACMURRAY COLL | Service of Process | IL Clergy Proceeds | Unpaid | $ | 62.45 |
| Bill | 02/12/2025 | U.S. Legal Support, Inc. | Invoice 20250906053-15 : Sworn Statement Transcripts : Raymond Kinsch | Photocopies | IL Clergy Proceeds | Paid | $ | 394.00 |
| **Total for Kinsch, Raymond 3481** | | | | | | | $ | **2,892.93** |
| **TOTAL** | | | | | | | $ | **2,892.93** |